# EXHIBIT A



PO Box 486
Belchertown MA 01007
Phone: 413.323.7790
Fax: 413.323.7791

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/14/2007 | **13595** |

**PAID**

**BILL TO**

American Beer Distributors
256 Court Street
Brooklyn NY 11231

| CUSTOMER P.O. NUMBER | TERMS |
|----------------------|-------|
|  | Net 30 Days |

| SHIP DATE | F.O.B. |
|-----------|--------|
| 8/14/2007 | Fairfield NJ |

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-------------|------------|--------|
| 0 | De Ranke XX Bitter 6/750 ml | 37.00 | 0.00 |
| 5 | La Choulette Framboise 12/750 ml | 62.00 | 310.00 |
| 5 | Haandbryggeriet Norwegian Wood 12/50 cl | 45.50 | 227.50 |
| 1 | Mini-kegs, misc bottles for Harvard tasting (from last Kulmbacher shipment) | 0.00 | 0.00 |
| 3 | Christoffel Blonde 24/330 ml | 0.00 | 0.00 |
| 3 | Kulmbacher Pils Six-Packs (24/330 ml) | 0.00 | 0.00 |
| 1 | Mahr's Pilsner 20/50 cl | 0.00 | 0.00 |
| 2 | Ridgeway Bitter 12/50 cl | 0.00 | 0.00 |
| 1 | Bink Bruin Keg (20L) | 130.00 | 130.00 |
|  | 1% discount for sampling | -6.67 | -6.67 |
| 1 | Keg Deposit | 20.00 | 20.00 |

**SMALL PRINT:** Please note that overdue accounts are subject to interest charges of 18% per annum or 1.5% for each month or part of a month past the due date while the invoice remains unpaid.

| **Total** | **$680.83** |
|-----------|-------------|

# EXHIBIT B

American Beer Payment History

| TYPE | DATE | INV # | AMOUNT | DATE PAID | AMT PAID | DATE PAID | AMT PAID | DATE PAID | AMT PAID | DATE PAID | AMT PAID | YS TO F | INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 09/09/2004 | 12005 | $12,051.37 | 09/27/04 | $3,000.00 | 10/14/2004 | $3,000.00 | 10/18/2004 | $4,000.00 | 10/20/2004 | $2,051.37 | 41 | $180.77 |
| Invoice | 10/12/2004 | 12030 | $5,660.67 | 11/24/04 | $5,660.67 | | | | | | | 43 | $84.91 |
| Invoice | 10/27/2004 | 12044 | $7,435.64 | 12/09/04 | $6,096.64 | | | | | | | 43 | $111.53 |
| Invoice | 11/12/2004 | 12064 | $7,651.00 | 01/03/05 | $7,651.00 | | | | | | | 52 | $114.77 |
| Invoice | 11/24/2004 | 12080 | $5,833.69 | 02/09/05 | $5,013.69 | | | | | | | 77 | $175.01 |
| Invoice | 12/08/2004 | 12111 | $5,631.77 | 03/02/05 | $4,341.77 | | | | | | | 84 | $168.95 |
| Invoice | 01/11/2005 | 12133 | $5,161.92 | 03/21/05 | $4,537.92 | | | | | | | 69 | $154.86 |
| Invoice | 02/15/2005 | 12170 | $11,224.50 | 04/25/05 | $4,000.00 | 04/25/2005 | $4,000.00 | 04/25/2005 | $3,224.50 | | | 69 | $336.74 |
| Invoice | 03/17/2005 | 12208 | $7,496.63 | 05/05/05 | $3,000.00 | 05/09/2005 | $2,496.63 | 05/12/2005 | $2,000.00 | | | 56 | $112.45 |
| Invoice | 03/30/2005 | 12230 | $6,197.37 | 06/20/05 | $6,197.37 | | | | | | | 82 | $185.92 |
| Invoice | 04/25/2005 | 12260 | $15,245.00 | 07/25/05 | $8,400.00 | | | | | | | 91 | $457.35 |
| Invoice | 05/16/2005 | 12276 | $4,747.04 | 06/20/05 | $4,747.04 | | | | | | | 35 | $71.21 |
| Invoice | 05/25/2005 | 12287 | $13,668.20 | 11/14/05 | $8,048.20 | | | | | | | 173 | $1,025.12 |
| Invoice | 07/07/2005 | 12334 | $8,560.27 | 09/13/05 | $8,560.27 | | | | | | | 68 | $256.81 |
| Invoice | 07/21/2005 | 12352 | $1,020.00 | 08/02/05 | $1,020.00 | | | | | | | 12 | $0.00 |
| Invoice | 07/21/2005 | 12353 | $4,456.54 | 08/02/05 | $4,456.54 | | | | | | | 12 | $0.00 |
| Invoice | 08/09/2005 | 12365 | $8,972.35 | 11/14/05 | $8,972.35 | | | | | | | 97 | $403.76 |
| Invoice | 09/19/2005 | 12417 | $12,638.51 | 01/18/06 | $12,638.51 | | | | | | | 121 | $568.73 |
| Invoice | 09/26/2005 | 12423 | $416.00 | 11/14/05 | $416.00 | | | | | | | 49 | $6.24 |
| Invoice | 09/27/2005 | 12427 | $11,202.03 | 04/07/06 | $6,307.03 | | | | | | | 192 | $1,008.18 |
| Invoice | 10/24/2005 | 12474 | $11,230.88 | 06/09/06 | $7,930.88 | | | | | | | 228 | $1,179.24 |
| Invoice | 12/05/2005 | 12509 | $10,110.03 | 07/25/06 | $9,410.03 | | | | | | | 232 | $1,061.55 |
| Invoice | 01/18/2006 | 12581 | $9,533.84 | 07/25/06 | $6,575.84 | | | | | | | 188 | $868.05 |
| Invoice | 02/16/2006 | 12626 | $10,923.55 | 04/07/06 | $10,923.55 | | | | | | | 50 | $163.85 |
| Invoice | 03/16/2006 | 12647 | $19,900.11 | 03/20/07 | $7,000.00 | 03/20/2007 | $3,000.00 | 03/20/2007 | $4,545.65 | | | 369 | $3,582.02 |
| Invoice | 03/24/2006 | 12669 | $2,759.63 | 10/03/06 | $2,759.63 | | | | | | | 193 | $248.37 |
| Invoice | 04/21/2006 | 12712 | $330.00 | 10/03/06 | $330.00 | | | | | | | 165 | $24.75 |
| Invoice | 05/02/2006 | 12761 | $16,695.95 | 06/11/07 | $16,695.95 | | | | | | | 405 | $3,255.71 |
| Invoice | 05/02/2006 | 12762 | $4,441.14 | 10/03/06 | $4,441.14 | | | | | | | 154 | $333.09 |
| Invoice | 05/25/2006 | 12763 | $9,531.08 | 10/24/06 | $6,376.08 | | | | | | | 152 | $571.86 |
| Invoice | 06/21/2006 | 12794 | $13,876.65 | 11/03/06 | $13,876.55 | | | | | | | 135 | $832.60 |
| Invoice | 07/20/2006 | 12843 | $19,202.05 | 07/03/07 | $19,202.05 | | | | | | | 348 | $3,168.34 |
| Invoice | 08/18/2006 | 12894 | $5,705.37 | 10/24/06 | $5,705.37 | | | | | | | 67 | $171.16 |
| Invoice | 10/09/2006 | 12981 | $3,985.25 | 01/25/07 | $3,985.25 | | | | | | | 108 | $179.34 |
| Invoice | 10/27/2006 | 12972 | $8,107.21 | 01/25/07 | $8,107.21 | | | | | | | 90 | $243.22 |
| Invoice | 11/16/2006 | 13036 | $9,048.85 | 04/11/07 | $9,048.85 | | | | | | | 146 | $542.93 |
| Invoice | 12/06/2006 | 13115 | $10,595.29 | 07/03/07 | $10,595.29 | | | | | | | 209 | $953.58 |
| Invoice | 12/27/2006 | 13141 | $5,463.81 | 07/20/07 | $5,463.81 | | | | | | | 205 | $491.74 |
| Invoice | 02/01/2007 | 13207 | $13,037.00 | 07/20/07 | CM | | | | | | | 169 | $977.78 |
| Invoice | 02/01/2007 | 13223 | $1,848.33 | 07/20/07 | CM | | | | | | | 169 | $138.62 |
| Invoice | 03/15/2007 | 13297 | $16,037.29 | 07/20/07 | CM | | | | | | | 127 | $962.24 |
| Invoice | 04/06/2007 | 13522 | $3,290.00 | 07/20/07 | CM | | | | | | | 105 | $148.05 |
| Invoice | 04/11/2007 | 13343 | $8,404.84 | 08/01/07 | CM | | | | | | | 112 | $378.22 |
| Invoice | 05/08/2007 | 13393 | $12,743.03 | 08/01/07 | CM | | | | | | | 85 | $382.29 |
| Invoice | 05/21/2007 | 13517 | $5,923.01 | 08/01/07 | CM | | | | | | | 72 | $177.69 |
| Invoice | 06/01/2007 | 13518 | $1,810.13 | 08/01/07 | CM | | | | | | | 61 | $27.15 |
| Invoice | 06/12/2007 | 13440 | $3,200.00 | 08/01/07 | CM | | | | | | | 50 | $48.00 |
| Invoice | 06/12/2007 | 13519 | $21,267.42 | 08/01/07 | CM | | | | | | | 50 | $319.01 |
| Invoice | 06/28/2007 | 13520 | $4,206.51 | 08/01/07 | CM | | | | | | | 34 | $0.00 |
| Invoice | 07/16/2007 | 13521 | $4,058.57 | 08/01/07 | CM | | | | | | | 16 | $0.00 |
| Invoice | 07/31/2007 | 13546 | $21,896.20 | 09/10/07 | $21,896.20 | | | | | | | 41 | $328.44 |
| Invoice | 08/14/2007 | 13595 | $680.83 | 09/10/07 | $680.00 | | | | | | | 27 | $0.00 |
| TOTAL | | | $445,114.35 | | $21,896.20 | | $680.00 | | | | | | $27,172.18 |

Payments in red represent multiple invoices paid with one check

AVG DAYS TO PAY 116

AVG DTP AFTER JUNE 2007 40

TOTAL INTEREST DUE $27,172.18

# EXHIBIT C



AMERICAN BEER DIST. CO INC.
256-258 COURT ST.
BROOKLYN, NY 11231

19586

1-30/210 NY
94152

Date 8-31-07

Pay to the order of _Shelton Brothers_    $ 22,522.—

_Twenty Two Thousand Five Hundred Twenty Two and 00/100_ Dollars

Bank of America

ACH R/T 021000322

Joseph Thomas Kauna

For _13546/13695_

⑈0⑈19586⑈  ⑈021000322⑈  0093899491101⑈

$ 005.21⁰

9/2

Shelton Brothers
P.O. Box 486
Belchertown, MA 01007

CERTIFIED MAIL

7006 2760 0000 5893 7732