# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH. 518.434.0600 • FAX 518.434.0665

October 22, 2007

**VIA ECF**
William H. Pauley, III
United States Courthouse
500 Pearl St.
Room 2210
New York, NY 10007

      RE:    **American Beer Distributing Co., Inc. v. Shelton Brothers, Inc.**
               07-CV-8397 (WHP)

Dear Judge Pauley:

      We advised at the oral argument held on October 5, 2007 that we are providing a corrected version of the Memorandum of Law in Opposition to Plaintiff's Application for a Temporary Restraining Order in the above-entitled action. We enclose a corrected version and a blackline version showing the corrections that were made.

                                                  Respectfully submitted,

                                                  George F. Carpinello

GFC:spl

cc via fax:
      Gary Ettelman    516-227-6307

S:\wpdata\7482002\Pauley ltr.doc