Case #07 CIV 8397
9/27/07

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹
*Rule 7.1 statement and Judges rules
in a civil case*

DATE: 10-04-07 1:30PM

NAME OF SERVER (PRINT): James M. Kane
TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 205 Ware Rd., Belchertown, MA 01007 Shelton Brothers Inc.

[X] Left copies thereof at the defendant's place of business & dwelling house with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: William T. Shelton - Managing Agent/Owner  Male, white, bald, 35 yrs, 210 lbs, 6'1"  (refused to accept)

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-4-7

Signature of Server: James M. Kane

Address of Server: 130 Maple St #102, Springfield MA 01103  413-734-9021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.