

# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL.: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

December 17, 2007

**Via ECF**

Hon. William H. Pauley III
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **American Beer Distributors v. Shelton Brothers, Inc.
            Case No. 07-cv-8397 (WHP)**

Dear Judge Pauley:

    This firm represents American Beer Distributors Co., Inc. ("Plaintiff") in the above-referenced matter. The parties respectfully request an adjournment of Initial Case Management Conference scheduled for Friday, December 21, 2007 at 10:45 a.m. as the parties have reached an agreement to settle this matter. The parties further request that the conference be adjourned to January 30, 2008 or any date thereafter which is convenient for this Court in the event a formal settlement agreement is not executed by the parties. This is the first request for an adjournment of this conference. Please note, this request is made with the consent of George F. Carpinello, Esq., counsel for Defendant, Shelton Brothers, Inc.

    Thank you for your consideration.

                                                  Respectfully yours,

                                                  Suzanne B. Fertig

SBF/st
cc:    George F. Carpinello, Esq. (via facsimile (518) 434-0665)