USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AMERICAN BEER DISTRIBUTING CO., INC.  :

                   Plaintiff,      :

   -against-                    :

SHELTON BROTHERS INC.,          :

                                       :

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 8397 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: December 20, 2007
       New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                 U.S.D.J.

*Copies mailed to:*

Suzanne B. Fertig, Esq.
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard, Suite 401
Garden City, NY 11530-4850
*Counsel for Plaintiff*

George F. Carpinello, Esq.
Boies, Schiller & Flexner LLP
Bar Roll No. GC4229
10 North Pearl Street, 4th Floor
Albany, NY 12207
*Counsel for Defendant*