## ETTELMAN & HOCHHEISER, P.C.
### ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

FEB 12 2008

February 12, 2008

<u>Via ECF and Facsimile (212) 805-6390</u>   **MEMO ENDORSED**

Hon. William H. Pauley III
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>American Beer Distributors v. Shelton Brothers, Inc.
Case No. 07-cv-8397 (WHP)</u>

Dear Judge Pauley:

This firm represents American Beer Distributors Co., Inc. ("Plaintiff") in the above-referenced matter. The parties respectfully request an adjournment of Initial Case Management Conference scheduled for Wednesday, February 13, 2008 at 11:30 a.m. as the parties are in the process of finalizing the settlement of this matter. The parties further request that the conference be adjourned to February 26, 2008 or any date thereafter which is convenient for this Court in the event a formal settlement agreement is not executed by the parties. This is the second request for an adjournment of this conference. Please note, this request is made with the consent of George F. Carpinello, Esq., counsel for Defendant, Shelton Brothers, Inc.

Thank you for your consideration.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/20/08

Respectfully yours,

Suzanne B. Fertig

SBF/st
cc:   George F. Carpinello, Esq. (via facsimile (518) 434-0665)

*The conference is adjourned to March 7, 2008 at 12:30 p.m.*

F:\American Beer Distributors\Judge Pauley ltr 2-12-08.doc