UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN BEER DISTRIBUTING CO., INC.                    07 CV 8397

                Plaintiff,                                  **STIPULATION OF**
                                                            **DISMISSAL WITH**
                                                            **PREJUDICE**

      - against -

SHELTON BROTHERS INC.

                Defendant.
-------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby **STIPULATED** and **AGREED** by and between plaintiff American Beer Distributing Co., Inc. and defendant Shelton Brothers Inc., by and through their respective undersigned counsel, that any and all claims and counterclaims that were asserted or that could have been asserted in the above-captioned matter be and hereby are **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS** against any party.

Dated: Garden City, New York
       February 25, 2008

ETTELMAN & HOCHHEISER, P.C.                BOIES SCHILLER & FLEXNER LLP

By: _____                By: _____
    Gary Ettelman (GE 9315)                        George Carpinello (GC 8321)
Attorneys for Plaintiff                    Attorneys for Defendant
100 Quentin Roosevelt Blvd., Suite 401     100 North Pearl Street
Garden City, New York 11530                Albany, N.Y. 12207
(516) 227-6300                             (518) 434-0600
By: Suzanne Fertig (SF 1107)