UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMERICAN BEER DISTRIBUTING CO., INC.

07 CV 8397

      Plaintiff,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

- against -

SHELTON BROTHERS INC.

      Defendant.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby **STIPULATED** and **AGREED** by and between plaintiff American Beer Distributing Co., Inc. and defendant Shelton Brothers Inc., by and through their respective undersigned counsel, that any and all claims and counterclaims that were asserted or that could have been asserted in the above-captioned matter be and hereby are **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS** against any party.

Dated: Garden City, New York
      February 25, 2008

[DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/10/08]

ETTELMAN & HOCHHEISER, P.C.

By: _____
~~Gary Ettelman (GE 9315)~~
Attorneys for Plaintiff
100 Quentin Roosevelt Blvd., Suite 401
Garden City, New York 11530
(516) 227-6300
By: Suzanne Fertig (SF 7107)

BOIES SCHILLER & FLEXNER LLP

By: _____
George Carpinello (GC 8321)
Attorneys for Defendant
100 North Pearl Street
Albany, N.Y. 12207
(518) 434-0600

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/7/08